# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MATTHEWS, | CASE NO. CV-F-05-00016 OWW SMS P |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 8) |
| E. S. ALAMEIDA, JR., et al., | |
| Defendants. | |

On June 10, 2005, the court issued a Findings and Recommendations recommending dismissal of this action based on plaintiff's failure to either pay the filing fee or file an application to proceed in forma pauperis, as required by the court's orders of January 12, 2005 and April 14, 2005. On June 21, 2005, plaintiff filed objections and a completed application to proceed in forma pauperis.

Because plaintiff filed a completed application to proceed in forma pauperis, the Findings and Recommendations filed on June 10, 2005, is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   July 8, 2005**                             /s/ Sandra M. Snyder
i0d3h8                                                       UNITED STATES MAGISTRATE JUDGE

1