# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MATTHEWS, | CASE NO. 1:05-CV-00016-OWW-SMS-P |
|     Plaintiff, | ORDER GRANTING MOTION AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF THE EXCERPTS OF RECORD |
|     v. | |
| E. S. ALAMEIDA, JR., et al., | (Doc. 32) |
|     Defendants. | |

Plaintiff Ivan Matthews ("plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 9, 2006, following the Court's denial of his motion for reconsideration, plaintiff filed a notice of appeal of the dismissal of this action by the Court on March 29, 2006. On June 19, 2006, plaintiff filed a motion seeking excerpts of the record.

In accordance with Ninth Circuit Rule 30-3, plaintiff's motion is HEREBY GRANTED and the Clerk's Office is directed to send plaintiff the excerpts of record.[1]

IT IS SO ORDERED.

**Dated:   June 26, 2006**              **/s/ Sandra M. Snyder**
icido3                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Ninth Circuit Rule 24-1, plaintiff is not required to file excerpts of record with the Court of Appeals.

1